UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| CHELSEA A. CONWAY, | ) | Case No. 09-52394-659 |
| | ) | Judge Kathy A. Surratt-States |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| CHELSEA A. CONWAY, | ) | **Adversary No. 12-4033-659** |
| | ) | |
| | ) | **PUBLISHED** |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| NATIONAL COLLEGIATE TRUST, and | ) | |
| FIRST MARBLEHEAD CORP., INC., | ) | |
| | ) | |
| Defendants. | ) | |

# O R D E R

The matter before the Court is Plaintiff's Amended Complaint to Determine Dischargeability of a Debt. For the reasons set forth in this Court's Findings of Fact and Conclusions of Law entered separately,

**IT IS ORDERED THAT** the relief requested in Plaintiff's Complaint is **DENIED** in that Plaintiff's request to discharge her student loans is **DENIED** and judgment is entered in favor of Defendants National Collegiate Trust and First Marblehead Corporation in that the student loan debt is nondischargeable; and this is the final judgment and Order of this Bankruptcy Court in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: April 3, 2013
St. Louis, Missouri

-2-

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

National Collegiate Trust
Attn: Bankruptcy Dept.
1 Cabot Road, 3rd Floor
Medford, MA 02155

First Marblehead Corp., Inc.
800 Boylston St, 34th Fl
Boston, MA 02199

Chelsea A. Conway
4055 Hartford Street, Apt. #1
Saint Louis, MO 63116-3928

Melinda J. Maune
Martin, Leigh, Laws & Fritzlen P.C.
16305 Swingley Ridge Road
Suite 350
Chesterfield, MO 63017