Official Form 17
(12/04)

RECEIVED + FILED

# United States Bankruptcy Court

*Eastern* District Of *Missouri*

2013 APR 16 AM 9: 24

CLERK, US BANKRUPTCY COUR
EASTERN DISTRICT
ST. LOUIS. MISSOURI

In re *Chelsea A. Conway*,
         Debtor
         -v-
*National Collegiate Trust, and
First Marblehead Corp., INC.*

Adversary No. *12-04033-659*
Case No. *09-52394-659*

Chapter *7*

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

*Chelsea A. Conway*, the plaintiff [*or* defendant *or* other party] appeals under 28 U.S.C.
§ 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary
proceeding [*or other proceeding, describe type*] on the __*16*__ day of *April*, *2013*.
                                                              (month)        (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and
telephone numbers of their respective attorneys are as follows:

*Please See attatched.*

Dated: *04/16/13*

Signed: _____
         Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: *Chelsea A. Conway*

Address: *4055 Hartford Street, Apt #1
          St. Louis, MO 63116*

Telephone No: *314-398-2338*

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the
appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of
election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28
U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative
files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

*1*

In Re: Chelsea Conway

Case Number: 09-52394-659

Adversary Number: 12-04033-659

The names of all parties to the judgment, order, or decree appealed from the names, addresses, and telephone numbers of their respective attorneys are as follows:

National Collegiate Trust
Attn: Bankruptcy Department
1 Cabot Road, 3rd Floor
Medford, MA 02155

First Marblehead Corporation
800 Boylston Street
34th Floor
Boston, MA 02199
1-866-236-6606

Melinda J. Maune
Martin, Leigh, Laws & Fritzlen P.C.
16305 Swingley Ridge Road
Suite 350
Chesterfield, MO 63017
Phone: 636-534-7600

Copies to:

Office of U.S. Trustee
111 S. 10th Street
Suite 6353
St. Louis, MO 63102

David A. Sosne
Summers Compton Wells PC
8909 Ladue Road
St. Louis, MO 63124

2